JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY, | No. CV 16-00161-PA (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RANDY TEWS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: April 23, 2016

_____
PERCY ANDERSON
United States District Judge